**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

C.K.,

    Plaintiff,

vs.

    Case No. 3:19-cv-1412-J-34MCR

WYNDHAM HOTELS & RESORTS, INC., et al.,

    Defendants.

_____/

# O R D E R

**THIS CAUSE** came before the Court on July 7, 2020, for a hearing on the pending motions to dismiss. For the reasons stated on the record during the hearing, it is

**ORDERED:**

1. Based on Plaintiff's representations, Plaintiff's claim of direct liability against the named Defendants, the claim of vicarious liability based upon apparent agency, and any alter ego theory claim are **DISMISSED with prejudice**.

2. Defendant Hilton Worldwide Holdings Inc.'s Motion to Dismiss Under Rule 21, or, in the Alternative, Under Rule 12(b)(6) (Dkt. No. 20) is **GRANTED** to the extent that the remaining claims raised against this Defendant are **DISMISSED without prejudice**.

3. Inter-Continental Hotels Corporation's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support Thereof (Dkt. No. 57) is **GRANTED** to the extent that the remaining claims raised against this Defendant are **DISMISSED without prejudice**.

4. Defendant Marriott International, Inc.'s Motion to Dismiss and Incorporated Memorandum of Law (Dkt. No. 58) is **GRANTED** to the extent that the remaining claims raised against this Defendant are **DISMISSED without prejudice**.

5. Defendant Wyndham Hotels & Resorts, Inc.'s Motion to Dismiss (Dkt. No. 59) is **GRANTED** to the extent that the remaining claims raised against this Defendant are **DISMISSED without prejudice**.

6. Hyatt Corporation's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support Thereof (Dkt. No. 61) is **GRANTED** to the extent that the remaining claims raised against this Defendant are **DISMISSED without prejudice**.

7. Plaintiff shall have up to and including **August 4, 2020**, to file a motion for leave to file an amended complaint.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of July, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -