# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

C.K.,

    Plaintiff,

vs.

Case No. 3:19-cv-1412-J-34MCR

WYNDHAM HOTELS & RESORTS, INC., et al.,

    Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court sua sponte. On July 7, 2020, this Court entered an Order granting Defendants' motions to dismiss to the extent that the remaining claims in this matter were dismissed without prejudice. See Order (Dkt. No. 125). Plaintiff was given until August 4, 2020, to file a motion for leave to file an amended complaint. See id. As of this date, Plaintiff has neither done so nor moved for an extension of time. As such, with all claims against Defendants dismissed, the undersigned will direct the Clerk of the Court to close this case. Accordingly, it is

    **ORDERED:**

The Clerk of the Court is directed to terminate any pending motions and deadlines and close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 11th day of August, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record